**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Shirley Ann JACKSON, aka Ann Spearman, Defendant— Appellant.**

**No. 04–50345.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2005.\*

Decided Sept. 22, 2005.

Elena J. Duarte, USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Stanley L. Friedman, Esq., Attorney at Law, Los Angeles, CA, for Defendant–Appellant.

Before: REINHARDT, RYMER and HAWKINS, Circuit Judges.

MEMORANDUM \*\*

Shirley Ann Jackson appeals her 18–month sentence imposed following a guilty-plea conviction for conspiracy, wire fraud, and mail fraud, in violation of 18 U.S.C. §§ 2, 371, 1343, and 1341. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.

---

1. Appellant's July 30, 2005, motion to consider *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), is denied.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.